No. 16–0586/MC. U.S. v. Nhubu C. Chikaka. CCA 201400251. On consideration of Appellee's motion to strike Appellant's brief, motion to strike pages from the joint appendix, motion for exception to the rule, motion to correct errata, corrected motion to strike Appellant's brief, and corrected motion to strike pages from the joint appendix, it is ordered that Appellee's motions to correct errata and for exception to the rule, are hereby granted; Appellee's corrected motion to strike pages from the joint appendix and corrected motion to strike Appellant's brief are hereby denied; and Appellee's motions to strike pages from the joint appendix and to strike Appellant's brief are hereby denied as moot.*

Friday, March 17, 2017

No. 16–0475/AF. U.S. v. Nathan G. Wilson–Crow. CCA 38706. On consideration of the Hearing Notice issued February 21, 2017, setting the above-mentioned case for oral argument, it is ordered that said Hearing Notice is hereby vacated.

No. 16–0586/MC. U.S. v. Nhubu C. Chikaka. CCA 201400251. In view of the recusal of Judge Margaret A. Ryan, notice is hereby given that the Chief Judge has called upon Senior Judge Walter T. Cox III to perform judicial duties in the above-

---

* Judge Ryan did not participate.